UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY PAUL SMITH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAN JOAQUIN COUNTY SHERIFF'S DEPARTMENT,<br><br>　　　　Defendant. | No. 2:18-cv-1998 KJN P<br><br><br>ORDER |

Plaintiff, a county inmate proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983. On August 23, 2018, plaintiff filed a request to consolidate his case No. 18-cv-3677 KAW, with the instant case No. 2:18-cv-1998 KJN. However, plaintiff's complaint filed in case No. 18-cv-3677 KAW was transferred to the Eastern District and proceeds in this action. Thus, plaintiff's request to consolidate is moot. Moreover, on August 14, 2018, plaintiff was directed to file a completed application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915, and a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). These completed forms are due on or before September 14, 2018.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff's August 23, 2018 request (ECF No. 12) is denied as moot; and

////

1

2. Plaintiff shall comply with the August 14, 2018 order (ECF No. 11) on or before September 14, 2018.

Dated: August 28, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/smit1998.moot