UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICKY PAUL SMITH, | No. 2:18-cv-1998 KJN P |
| Plaintiff, | |
| v. | ORDER |
| SAN JOAQUIN COUNTY SHERIFF'S DEPARTMENT, | |
| Defendant. | |

     Plaintiff, a county inmate proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983. On August 14, 2018, plaintiff was directed to submit a properly completed application to proceed in forma pauperis with an inmate trust account statement. Plaintiff has now filed a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. Plaintiff has not, however, filed a copy of his trust account statement for the six month period immediately preceding the filing of the complaint. See 28 U.S.C. § 1915(a)(2). Therefore, plaintiff will be provided the opportunity to submit a certified copy of his inmate trust account statement.

     In accordance with the above, IT IS HEREBY ORDERED that plaintiff shall submit, within thirty days from the date of this order, a certified copy of his inmate trust account statement for the six month period immediately preceding the filing of the complaint. Plaintiff's

////

1

failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated:  October 16, 2018

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

smit1998.3e