1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   RICKY PAUL SMITH,                        No.  2:18-cv-1998 KJN P

12                 Plaintiff,

                                              ORDER AND FINDINGS AND
13        v.                                  RECOMMENDATIONS

14   SAN JOAQUIN COUNTY SHERIFF'S
     DEPARTMENT,
15
                   Defendant.
16

17

18        By an order filed October 16, 2018, plaintiff was ordered to file a certified copy of his

19   inmate trust account statement, and was cautioned that failure to do so would result in a

20   recommendation that this action be dismissed.  The thirty-day period has now expired, and

21   plaintiff has not responded to the court's order and has not filed the required document.

22        In accordance with the above, IT IS HEREBY ORDERED that the Clerk of the Court is

23   directed to assign a district judge to this case; and

24        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

25        These findings and recommendations are submitted to the United States District Judge

26   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

27   after being served with these findings and recommendations, any party may file written

28   objections with the court and serve a copy on all parties.  Such a document should be captioned

                                              1

"Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed and served within fourteen days after service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: November 27, 2018

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

smit1998.fff